UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATOYA MILLER,

Plaintiff,

v.

J.P. MORGAN CHASE BANK N.A.,

Defendant.
_______________________________________/

Case Number 26-10187
Honorable David M. Lawson
Magistrate Judge Anthony P. Patti

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING MOTION TO ENFORCE SETTLEMENT AGREEMENT, AND DISMISSING CASE WITH PREJUDICE**

Presently before the Court is the report issued on August 17, 2026 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b) recommending that the Court grant the defendant's motion to enforce a settlement agreement between plaintiff Latoya Miller and defendant J.P. Morgan Chase Bank, N.A., and dismiss the case with prejudice. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 37) is **ADOPTED**.

It is further **ORDERED** that the motion to enforce the settlement agreement (ECF No. 32) is **GRANTED**.

It is further **ORDERED** that the case is **DISMISSED** with prejudice and without costs.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: September 21, 2026